Se

05-CV-00199-CMP

Civil Rights Complaint (Rev. 03/99)

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

**Posted**

Mark Waynie Swenson
(Name of Plaintiff)

vs.

King County Correctional Facility

(Names of Defendants)

CV05 0199 RSL MJB

CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner: ☐ Yes ☒ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

    Plaintiff _____

    Defendants _____

2. Court (give name of District)

    _____

1

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. **Place of Present Confinement:** _____

A. Is there a prisoner grievance procedure available at this institution?
☒ Yes ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?
☒ Yes ☐ No

If your answer is NO, explain why not_____
_____

C. Is the grievance process completed? ☒ Yes ☐ No

If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

III. **Parties to this Complaint**

A. Name of Plaintiff: Mark Swanson  Inmate No.: 204028089
Address: 620 West James St Kent WA 98032

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Name of Defendant: King County Correctional Facility
Official position: Medical Department
Place of employment: Regional Justice Center
Address: 620 West James St Kent WA 98032

2

**Best scanned image available**

C. Additional defendants _____
_____
_____
_____

III. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On July 15, 2004 I was arrested, and in lieu of an injury, I was first taken to St Francis Hospital at 34519 9th Ave. So. Federal Way Wash. 98023 for treatment of a broken right wrist. At the hospital I was told to see a specialist within 3 days due to the severity of the injury. The doctor gave the officers my x-rays and a written report to be given to the clinic upon arrival to jail. Upon arrival at the Regional Justice Center (RJC) I immediately tried to contact the officers on shift and explained that I had a medical emergency and I needed to see a doctor, to which I was ignored. The officers on multiple shifts neglected to investigate the seriousness of my claims and by doing so inflicted unnecessary pain and suffering and a refusal to assist getting me medical treatment within the time frame that would outright constitute as an emergency. Numerous times I pushed the button located in my cell that is designed for medical emergencies and was ignored which denied me any access to medical care. I repeatedly asked for medical assistance on an average of 10 times a day for approximately 14 days until I was finally seen and my hand was placed into a cast without being properly set at the clinic which went against the recommendations of St Francis Hospital, fourteen days after the incident which was on July 29, 2004. The nurses at the clinic do not qualify as specialists and should not have ignored the previous assessment of the hospital. Instead they opted to cast my hand without setting it.

Due to the fact I was ignored by the medical staff

Best scanned image available.

## IV. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Due to unexcusable negligence that has resulted in an infliction of pain and suffering I seek monetary compensation for all medical expenses I was not compensated for the willful neglect that violated my rights, and I want to be compensated for the 40 percent loss of movement of my wrist and most importantly I would like to be compensated for all future medical bills that will incur with the fixing of my wrist.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __December__, ~~19~~ 2004.

_____
(Signature of Plaintiff)

4

wrist would ever be the same would be through numerous surgeries and they would have to rebreak it and set in all the misaligned places. Though at this time period I went through all the proper steps in the grievance process to no avail. Just like my pleas for medical assistance, this was ignored also or just plain brushed off.

for such an extensive amount of time, that since that happened I have lost roughly 40 percent of the scope movement of my dominant hand which now partially handicaps me.

On August 19, 2004, I was transported from the Jail to Harborview Medical Center in Seattle due to multiple complaints on my part for pain and suffering and grievances for mistreatment, and was finally re-x-rayed at Harborview. While talking to the physician and reviewing my latest x ray, I was informed that due to the clinic ignoring my needs for that amount of time, that now the elapsed time along with the Jail putting on a cast without setting it, that now in reality the damage is already done through previous neglect.

Harborview went ahead and recasted my hand with a proper fitting cast, but the technician through a conversation informed me that since my wrist was neglected for so long that it had already started the healing process on the incorrectly forming bones. I asked about resetting it and was informed that the only way my

# Inmate Medical Grievance
(Directions on Back)

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 0 1 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

King County
Department of
Adult and Juvenile Detention

Name: Mark Wayne Swanson   Location: G 130 A-11
To: Jail Health Super

My grievance is about: My wrist that was broken is not healing right + I am being treated with deliberate indifference.

I tried to solve this problem with staff member (name): Nurse @ 10:00 triage (David)
On (date/time): 10/6 @ 10:00am   The resolution the staff member stated was: "get a hold of my lawyer"

I request the following resolution to my grievance: X-ray my wrist - treat discomfort - ~~treat~~

Inmate Signature: M V Swanson   Date/Time: 10-6-04 7:40 pm

Expect a response within 5 working days of receipt.

Response to grievance: Mr Swanson you were seen by medical on 9/15/04 x-rays were reviewed your wrist is healing. You may use Ibuprofen from commissary for pain and continue wrist exercises

Supervisor Signature: [signature]
Delivered to inmate by: [signature]   Date/Time: 10/8/04 @ 1600

To appeal this decision, fill out the next section and give to a staff member within 24 hours of receipt.

I appeal the decision because: my wrist was broke on 7-15-04 and was not [illegible] fell 7-27-04 and it was too late to [illegible]
To: Jail Health Administrator
Inmate Signature: Mark W Swanson   Date/Time: 10-13-04 6 pm

OCT 14 2004 09:43

Expect a response within 10 working days of receipt.

Response to appeal: Mr. Swanson, your medical record indicates the events regarding your wrist. If you are using over-the-counter pain meds like Ibuprofen ~~or Tylenol~~ and doing your wrist exercises and the pain continues please rekite medical and you'll be referred to the provider.

Supervisor Signature: [signature]   Date/Time: 10/15/04 0930
Delivered to inmate by: ___   Date/Time: ___

1676 Front (9/03)

Best scanned image available.

# UW Physicians

**PHYSICIAN STATE**...

STATEMENT DATE: 09/18/2004         Page 1
PATIENT NAME: MARK WAYNE SWANSON
ACCOUNT NUMBER: 21-1068538
PAYMENT DUE NOW: 107.30

Make checks payable to: UW PHYSICIANS
Please **mark box** and **complete reverse side** if paying by credit card or if your insurance coverage has changed: ☐
Please mark any address changes below.

PLEASE INDICATE AMOUNT ENCLOSED: 

Please use reverse side if paying by credit card.

MARK WAYNE SWANSON
500 5TH
SEATTLE WA 98104-2332

UW PHYSICIANS

PO BOX 50095
SEATTLE, WA 98145-5095

**FOR PROPER CREDIT PLEASE RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT**

| Date | Code | Description | Charge | | | | Balance |
|---|---|---|---|---|---|---|---|
| 08/16/0 | 813.45 | PETER REIST EBY MD / HMC RADIOLOGY | | | | | |
| | 73110 | X-RAY WRIST 3 VW | 36.00 | | | | 36.00 |
| 08/16/0 | 813.2 | SUSAN NEWELL / HMC OUTPATIENT | | | | | |
| | 99213 | OFFICE/OUTPT VISIT | 71.30 | | | | 71.30 |
| | | Totals | 107.30 | 0.00 | 0.00 | 0.00 | 107.30 |

** Balance represents pending insurance plus patient responsibility
++ Deductibles, co-pays and non-covered by insurance

STATEMENT DATE: 09/18/2004    ACCOUNT NUMBER: 21-1068538    PATIENT NAME: MARK WAYNE SWANSON

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | PAYMENT DUE |
|---|---|---|---|---|---|
| 0.00 | 107.30 | 0.00 | 0.00 | 0.00 | 107.30 |



P.O. Box 50095
Seattle, WA 98145-5095
206-543-8606
1-888-234-5467
(toll free in Washington state)

**IMPORTANT:** This statement reflects Physician services only.
You may receive a separate statement for hospital/clinic charges.
Payment of the balance shown is due and payable within 30 days unless prior payment terms have been arranged. See reverse side for more information.

WWW.UWPHYSICIANS.ORG    PAYMENTS RECEIVED AFTER THE STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT