The Honorable Robert S. Lasnik
U.S. Magistrate Judge Monica J. Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK WAYNE SWANSON, | ) |
| Plaintiff, | ) No. C05-199L |
| vs. | ) |
| | ) NOTICE OF APPEARANCE |
| KING COUNTY CORRECTIONAL FACILITY, et al., | ) |
| Defendants. | ) |

TO: THE CLERK OF THE COURT

AND TO: MARK WAYNE SWANSON

YOU AND EACH OF YOU, will please take notice that Deputy Prosecuting Attorney MARY BETH SHORT hereby appears on behalf of King County in the above-entitled action, without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted; and
7. Failure to join a party under Rule 19.

NOTICE OF APPEARANCE (C05-199L) - 1
\\paocvl2\cvlsys\countyservices\shortma\jail\swanson\noa.doc

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
E550 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9015/SCAN 667-9015
FAX (206) 296-0191

1   You are hereby further notified that all further papers and pleadings herein, except for
2   original process, shall be served upon the undersigned attorneys at the address below stated.

3   Delivery by Mail:                                          Delivery in Person

4   Norm Maleng, Prosecuting Attorney                          Norm Maleng, Prosecuting Attorney
    CIVIL DIVISION                                             CIVIL DIVISION
5   E550 King County Courthouse                                W400 King County Courthouse
    516 Third Avenue                                           516 Third Avenue
6   Seattle, Washington 98104                                  Seattle, Washington 98104

7   DATED this 16th day of May, 2005.

8                                                NORM MALENG
                                                 King County Prosecuting Attorney
9
                                                 By: ___s/Mary Beth Short_____
10                                               MARY BETH SHORT, WSBA #31526
                                                 Deputy Prosecuting Attorney
11                                               Attorneys for King County

12                                  **CERTIFICATE OF SERVICE**

13      I certify that on the date below I presented NOTICE OF APPEARANCE to the Clerk of
    the Court for filing and uploading to the CM/ECF system and I certify that I have caused to be
14  served in the manner noted below a copy of the NOTICE OF APPEARANCE to the following
    non CM/ECF participants:
15
    Mark Wayne Swanson
16  204028089
    King County RJC
17  620 West James St
    Kent, WA 98032
18
    [ ] Via Facsimile
19  [X] Via First Class Mail
    [ ] Via Messenger
20
    DATED this 16th day of May, 2005 at Seattle, Washington.
21
                                                 By: ___s/Lebryna Tamaela_____
22                                               Lebryna Tamaela, Legal Assistant to
                                                 MARY BETH SHORT, WSBA #31526
23                                               Deputy Prosecuting Attorney

NOTICE OF APPEARANCE (C05-199L) - 2                        **Norm Maleng**, Prosecuting Attorney
\\paocvl2\cvlsys\countyservices\shortma\jail\swanson\noa.doc   CIVIL DIVISION
                                                           E550 King County Courthouse
                                                           516 Third Avenue
                                                           Seattle, Washington 98104
                                                           (206) 296-9015/SCAN 667-9015
                                                           FAX (206) 296-0191